JS - 6

ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2569
Facsimile: (213) 894-7177
E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$51,814.00 IN BANK FUNDS SEIZED FROM TWO WILSHIRE STATE BANK ACCOUNTS,<br><br>Defendant. | No. CV 09-08611 GAF(RCx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

On or about November 23, 2009, plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture alleging that the defendant $51,814.00 in Bank Funds Seized From Two Wilshire State Bank Accounts (the "defendant bank funds") is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C) and 984.

CC: FISCAL

1  House of Medicine and Jahangir Janfaza (collectively, the
2  "claimants") claim an interest in the defendant bank funds, but
3  have not filed a claim in this case or answered the complaint.
4  However, claimants would have filed a claim an answer in this case
5  absent this settlement.  No other parties have appeared in this
6  case and the time for filing claims and answers has expired.
7  The United States of America and claimants have now agreed to
8  settle this action and to avoid further litigation by entering into
9  this Consent Judgment of Forfeiture.
10  The Court having been duly advised of and having considered
11  the matter, and based upon the mutual consent of the parties
12  hereto,
13  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
14  1.   This Court has jurisdiction over the subject matter of
15  this action and the parties to this Consent Judgment of Forfeiture.
16  2.   The Complaint for Forfeiture states a claim for relief
17  pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. §§ 981(a)(1)(A),
18  981(a)(1)(C) and 984.
19  3.   Notice of this action has been given as required by law.
20  No appearances have been made in this case by any person other than
21  claimants.  The Court deems that all other potential claimants
22  admit the allegations of the Complaint for Forfeiture to be true.
23  Claimants are relieved of their obligation to file a claim and
24  answer in this litigation.
25  4.   The sum of $9,900.00 only (without interest) shall be
26  returned to claimants.  The remainder of the defendant bank funds,
27  plus the interest earned by the United States of America on the
28  defendant bank funds in their entirety, shall be condemned and

forfeited to the United States of America.  The United States Marshals Service is ordered to dispose of the defendant bank funds forfeited to the United States of America in accordance with law.

5.   Payment of the funds to be returned to claimants pursuant to paragraph 4 shall be made to claimants care of their attorney Joseph Sclafani, Esq.

6.   Claimants, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimants, or either of them.

7.   The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 proceedings.  Each of the parties hereto shall bear its own
2 attorney fees and costs.
3 DATED: April 2, 2010

```
                                    _____
                                    THE HONORABLE GARY A. FEESS
                                    UNITED STATES DISTRICT JUDGE
```

<u>CONSENT</u>

The parties hereto consent to the above consent judgment of forfeiture and waive any right of appeal.

```
DATED: April 1, 2010            ANDRÉ BIROTTE JR.
                                United States Attorney
                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section


                                /s/ Victor A. Rodgers
                                VICTOR A. RODGERS
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

DATED: April 1, 2010            JOSEPH SCLAFANI
                                Attorney at Law


                                By /s/ Joseph Sclafani
                                   Joseph Sclafani

                                Attorneys for
                                HOUSE OF MEDICINE and
                                JAHANGIR JANFAZA
```